■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME BRADLEY, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of violating section 3305 of the Public Health Law, suspending sentence and placing him on probation, and from said sentence. Judgment reversed on the law and the facts and information dismissed. In our opinion the evidence is insufficient to establish appellant's guilt beyond a reasonable doubt. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Wenzel, Acting P. J., Murphy and Kleinfeld, JJ., concur; Beldock and Ughetta, JJ., dissent and vote to affirm.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROSE MARIE STODDARD, Appellant.— In the Children's Court, Nassau County, appellant was found guilty of contributing to the delinquency of a child under the age of 16 years and was fined $50 and placed on probation for one year. The appeal is from the judgment, from the sentence imposed, and from the intermediate orders therein made. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence or the intermediate orders, which have been reviewed on the appeal from the judgment. Present — Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent. v. NATHANIEL VALENTINE, Appellant.— Appeal from a judgment of the Court of Special Sessions of the City of New York, Borough of Queens, convicting appellant of violating section 3305 of the Public Health Law, and suspending sentence, and from said sentence. Judgment reversed on the law and the facts and information dismissed. In our opinion the evidence is insufficient to establish appellant's guilt beyond a reasonable doubt. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Wenzel, Acting P. J., Murphy and Kleinfeld, JJ., concur; Beldock and Ughetta, JJ., dissent and vote to affirm.

■ JOSEPH RAE, Respondent, v. MICHELE FISCHETTE et al., Defendants, and ROBERT SIEGEL, Appellant.— In an action to foreclose transfers of tax liens, the appeal is from an order which, inter alia, grants respondent's motion for leave to readvertise for sale three parcels of real property purchased by appellant at the foreclosure sale and to hold him liable for any deficiency resulting from such resale, and denies appellant's cross motion to be relieved of his purchase and for return of his down payment. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Hallinan, JJ., concur. [3 Misc 2d 172.]